ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| BAE Systems Land & Armaments L.P. | ) ASBCA No. 62807 |
| | ) |
| Under Contract No. W56HZV-15-C-A001 | ) |

APPEARANCES FOR THE APPELLANT:    Jamie F. Tabb, Esq.
    Daniel P. Graham, Esq.
    Allison Schoettler Harmes, Esq.
     Vinson & Elkins LLP
     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Scott N. Flesch, Esq.
     Army Chief Trial Attorney
    Robert B. Neill, Esq.
    CPT Timothy M. Mclister, JA
     Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: January 19, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62807, Appeal of BAE Systems Land & Armaments L.P., rendered in conformance with the Board's Charter.

Dated: January 19, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals